UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches; Dean ABatemarco, and all others Similarly Situated,
Plaintiffs
V.
Ashlee Simpson; Pete Wentz,
Defendants

RECEIVED
USDC CLERK, CHARLESTON, SC
2009 JAN 25 A 11: 24

Class Action Suit Pursuant to Fed R. Civ P 20 & 23, 42 USC 1983/ Preliminary Injunction / TRO

Defendants have been threatening and harassing Plaintiffs, FCI Williamsburg is a gulag. Plaintiffs constitutional rights are being violated by Defendants. Plaintiffs got assaulted By defendants in front of Sam Goody in 2002, for not buying their CD and LP's. Defendants are violating Plaintiffs due process Rights. FCI Williamsburg has no medical care, rotten food on Defendants orders. Plaintiff's seek a Restraining order a preliminary Injunction on Defendants.

Jonathan Lee Riches
Dean ABatemarco
P.O. Box 340
Salters, S.C. 89590
843-387-9400

Respectfully,
Riches