Riches v. Simpson et al — Doc. 1 Att. 1



Name: John Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC  29590

Legal Mail

FLORENCE SC 295
22 JAN 2008 PM 1 T

United States District Court
District of South Carolina
Clerk of Court
Hollings Judicial Center
85 Broad St
Charleston, S.C. 39401

RECEIVED
2008
DISTRICT OF SOUTH CAROLINA
CHARLESTON

JAN 25 2008
DISTRICT COURT
CHARLESTON

Dockets.Justia.com